UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LETHA KLUKA, ET AL.

VERSUS

ANCO INSULATIONS, INC., ET AL.

CIVIL ACTION

NO. 08-84-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 28, 2008 (doc. no. 12). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand filed by plaintiff Letha Kluka, individually and on behalf of the late Albert Leroy Davis, is DENIED.

Baton Rouge, Louisiana, this 16th day of June, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE